UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHY MORELAND | * | CIVIL ACTION NO. |
| | * | |
| VS. | * | SECTION: |
| | * | |
| AMERICAN COMMERCIAL REALTY CORP., CINCINNATI INSURANCE COMPANY AND HOME DEPOT USA, INC., | * * * * * | JUDGE: MAGISTRATE JUDGE: |

* * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF REMOVAL**

NOW INTO COURT, through undersigned counsel, come the Defendants, American Commercial Realty Corp., The Cincinnati Insurance Company, and Home Depot USA, Inc., to file this Notice of Removal to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1441(b) ("Removal based upon diversity of citizenship") on the following grounds:

1.

On May 6, 2022, a Petition for Damages was filed on behalf of Kathy Moreland in the 24th Judicial District Court, Parish of Jefferson, Docket No. 827-970, Division "C" and styled *Kathy Moreland v. American Commercial Realty Corp, Cincinnati Insurance Company, and Home Depot USA, Inc*. *See* Petition (Exh. 1).[1]

2.

On May 16, 2022, American Commercial Realty Corp. was served through long-arm service.[2] On May 20, 2022, The Cincinnati Insurance Company was served through

[1] All pleadings filed in the State Court matter have been attached hereto in globo as Exhibit 1.
[2] See Declaration of Counsel (Exh. 2).

the Louisiana Secretary of State.[3] On May 23, 2022, Home Depot USA, Inc. was served through its registered agent for service of process.[4]

3.

An Answer was filed on behalf of American Commercial Realty Corp., Home Depot USA, Inc., and The Cincinnati Insurance Company on July 12, 2022, after having received an extension of time in which to respond.

4.

As can be seen from the Petition, the Plaintiff Kathy Moreland claims that she fell in a "hole or crack" in the parking lot of Home Depot on May 27, 2021.[5] Plaintiff claimed that she suffered "personal injury" and was entitled to "recover such damages as are reasonable in the premises."[6] The lawsuit did <u>not</u> specify the nature and extent of Ms. Moreland's injuries, such as the parts of her body injured, what treatment was needed, etc.

5.

The United States District Court for the Eastern District of Louisiana is the federal district embracing the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, where the suit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a) and 28 U.S.C. § 98(a).

6.

As set forth in the Petition, the Plaintiff Kathy Moreland is a resident of Orleans Parish. *See* Petition at first introductory paragraph (Exhibit 1).

---

[3] *Id*.
[4] *Id*.
[5] *See* Petition at ¶ 3 and 4.
[6] *Id* at ¶ 9.

7.

As set forth in the attached Declaration of Counsel, The Cincinnati Insurance Company maintains its legal domicile (state of organization as insurance company) in Ohio and maintains its principal place of business in Ohio.[7] Home Depot USA, Inc. is incorporated under the laws of Delaware and maintains its principal place of business in Georgia.[8] American Commercial Realty Corp. is a Florida Corporation which maintains its principal place of business in Florida.[9] Thus, each of the Defendants is domiciled in a foreign state. Complete diversity therefore exists between the Louisiana plaintiff and the foreign defendants.

8.

Pursuant to 28 U.S.C. § 1332, this Honorable Court has jurisdiction over any matter in which the parties are citizens of different states and where the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

9.

Pursuant to 28 U.S.C. § 1446(b), the Notice of Removal of a civil action or proceeding shall be filed within 30 days after receipt by the Defendant, through service or otherwise, of the copy of the initial pleading setting forth the claim for relief upon which such action or pleading is based, or within 30 days after service of summons upon the Defendant if such initial pleading has been filed in court and is not required to be served on the Defendant, whichever period is shorter. *See* 28 U.S.C. § 1446(b)(1). However, if the case stated by the initial pleading is not removable, a notice of removal may be filed

[7] *See* Declaration of Counsel (Exhibit 2).
[8] *Id*.
[9] *Id*.

within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. *See* 28 U.S.C. § 1446(b)(3)[emphasis added].

10.

On October 7, 2022, the Defendants received a response to their Request for Admission in which Plaintiff admitted that the value of her claim for damages exceeds $75,000.00, exclusive of interest and costs.[10] Plaintiff claims to have hurt her elbow and lower back, suffered a broken bone in her foot, and aggravated a condition in her left knee.[11]

11.

A discovery response may constitute an "other paper" under the federal removal statute, notifying defendant of an action's removability and triggering the 30-day removability period. *See Cole ex rel. Ellis v. Knowledge Learning Corp*., 416 Fed. Appx. 437, 440 (5th Cir. 3/4/11)(citing *S.W.S. Erectors, Inc. v. Infax, Inc*., 72 F.3d 489, 494 (5th Cir. 1996); *Chapman v. Powermatic, Inc*., 969 F.2d 160, 164 (5th Cir. 1992)). Thus, the action became removable as of October 7, 2022, upon Plaintiff's admission that the amount in dispute exceeds the $75,000 threshold.

12.

Promptly after filing of the Notice of Removal, Defendants will serve written notice on the adverse parties, through their attorney of record, a copy of the Notice of Removal

[10] *See* Resp. to Req. Admission No. 1 (Exh. 3).
[11] See Supplemental Resp. to Interrog. No. 5 (Exh. 3).

being filed with the Clerk of Court for 24th Judicial District Court for the Parish of Jefferson, to effect removal of this action, all in conformity with 28 U.S.C. § 1446(d).[12]

WHEREFORE, Defendants, American Commercial Realty Corp., Home Depot USA, Inc., and The Cincinnati Insurance Company pray that the above-described civil action be removed from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to this Honorable Court; that this Court enter such orders and issue such process as may be necessary and proper to bring before it a copy of all records in the proceeding presently pending before the aforesaid state court, and thereafter proceed with the civil action as if it were originally commenced in this Court, and for all necessary and appropriate orders and decrees in accordance with the applicable law.

Respectfully submitted,

**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**

**BY:** ***/s/ Gino R. Forte***
**WADE A. LANGLOIS, III, T.A. (#17681)**
**GINO R. FORTE (#29190)**
**JOHN J. DANNA, JR. (#28894)**
**KAYLYN E. BLOSSER (#38673)**
401 Whitney Ave., Suite 500
Gretna, LA 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
*Counsel for Defendants,*
*American Commercial Realty Corp., Home Depot U.S.A., Inc. and The Cincinnati Insurance Company*

[12] A copy of the state court notice of filing of notice of removal has been attached here as Exhibit 4.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of October 2022, the foregoing pleading was filed electronically with the Clerk using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Gino R. Forte*
GINO R. FORTE

G:\3198\0130\PLEADINGS\Notice of Removal\Notice of Removal (Federal).docx